# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:  
FRANKIE L STEELE  
879 E WHITTIER ST  
COLUMBUS, OH  43206

Case No:   04-50232

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-1109

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  September 23, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FRANKIE L STEELE<br>879 E WHITTIER ST<br>COLUMBUS, OH  43206 | 6.05 |